UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

DEEPAK GOPE ASRANI,

                              Plaintiff,        Civil No. 07-1673 (JRT/FLN)

v.

MICHAEL CHERTOFF, EMILIO T. GONZALEZ, ROBERT S. MULLER and DENISE M. FRAZIER,

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

                              Defendants.

_____

    Deepak Gope Asrani, 10945 Eagle View Place, Woodbury, MN 55129, plaintiff *pro se*.

    Erika R. Mozangue, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

    Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 15, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss [#4] and Plaintiff's Motion for Default Judgment [#10] are **DENIED**.

DATED: November 14, 2007
at Minneapolis, Minnesota.                              s/John R. Tunheim
                                                                     JOHN R. TUNHEIM
                                                       United States District Judge